UNITED STATES OF AMERICA
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

      Plaintiff,

v.

BLACK DRAGON, LLC d/b/a BLACK DRAGON
MEADERY, DRAGONBYTE LLC
AND PAUL PETERSON.

      Defendant.

_____/

Case No. 1:26-cv-1727

Hon.
United States District Judge

## COMPLAINT

The Plaintiff, United States of America, for the United States Department of the

Treasury, Bureau of the Fiscal Service, acting on behalf of the United States Small Business

Administration states the following:

1.      This is a civil action brought on behalf of the United States of America and the

Court has jurisdiction over this action by virtue of 28 U.S.C. § 1345.

2.      Defendant, Paul Peterson, resides in Saint Joseph, Michigan, in the County of

Berrien, within the jurisdiction of this Court.

3.      Paul Peterson, upon information and belief, is the sole member of Black Dragon

LLC d/b/a Black Dragon Meadery, and Dragonbyte LLC.  The principal place of business for

Black Dragon LLC, Black Dragon Meadery, and Dragonbyte LLC was in New Buffalo, MI, in

the County of Berrien, within the jurisdiction of this Court.

1

4.      Upon information and belief Black Dragon LLC and Black Dragon Meadery have ceased operation, while the operation continues under the name Dragonbyte LLC.

5.      On or about June 5, 2018, the United States Small Business Administration made a loan in the amount of $75,000.00 to Black Dragon LLC d/b/a Black Dragon Meadery and Dragonbyte LLC. A copy of the Promissory Note executed by Paul Peterson is attached hereto as Exhibit 1.

6.      On or about June 5, 2018, Paul Peterson signed the Guaranty and Security Agreement which makes him liable for the debt. A copy of the Guaranty and Security Agreement is attached as Exhibit 2.

4.      On May 1, 2021, Defendants, Black Dragon LLC d/b/a Black Dragon Meadery, Dragonbyte LLC, and Paul Peterson became delinquent and defaulted on the payment of the loan.

5.      As of May 28, 2026, Defendants, Black Dragon LLC d/b/a Black Dragon Meadery, Dragonbyte LLC, and Paul Peterson were indebted to the United States in the amount of $104,052.31, as evidenced by the Certificate of Indebtedness, attached as Exhibit 3, and incorporated herein.

6.      Due demand has been made for payment and Black Dragon LLC, d/b/a Black Dragon Meadery, Dragonbyte LLC, and Paul Peterson have failed to pay this indebtedness.

7.      This amount is a debt to the United States as defined in the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. §§ 3001-3308. See 28. U.S.C. § 3002(3)(B).

WHEREFORE, the United States of America demands judgment against Black Dragon LLC d/b/a Black Dragon Meadery, Dragonbyte LLC, and Paul Peterson, as follows:

a.    In the amount of $104,052.31 comprised of $62,513.10 principal, $16,339.04 interest accrued through May 28, 2026, penalty and administrative fees of $25,200.17;

b.    Interest to accrue at the rate of 6.00% per annum from May 28, 2026 to date of judgment;

c.    Interest from the date of judgment at the legal rate in effect on the date of judgment until paid in full;

d.    Filing fees of $405.00, 28 U.S.C. § 2412(a)(2); and

e.    For such other relief as this Court may deem just.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Date: May 29, 2026

/s/ Meagan D. Johnson
_____
MEAGAN D. JOHNSON
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI  49501-0208
(616) 456-2404
meagan.johnson@usdoj.gov